```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

Mark A. Hughes,

       Plaintiff,        Case No. 2:10-cv-674

   v.                       JUDGE PETER C. ECONOMUS
                          Magistrate Judge Kemp

George Lavender, et al.,

       Defendants.


Mark A. Hughes,

       Plaintiff,        Case No.  2:11-cv-446

   v.                       JUDGE PETER C. ECONOMUS
                          Magistrate Judge Kemp

George Lavender, et al.,

       Defendants.


<u>ORDER</u>

    Defendants have renewed their summary judgment motions in these consolidated cases and have also filed supplemental motions for summary judgment.  Plaintiff has not filed any timely response to these motions nor has he requested any extension of time for doing so.  Consequently, the purpose of this order is to direct plaintiff to file any response within fourteen days of the date of this order.  Plaintiff is advised that his failure to respond will result in the dismissal of these cases for failure to prosecute.


                                          /s/ Terence P. Kemp
                                          United States Magistrate Judge